AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_United States_
Plaintiff
v.
_Ilya Lichtenstein_
_Heather Morgan_
Defendant

Case No. **22MAG 1280**

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Ilya "Dutch" Lichtenstein & Heather Morgan_.

Date: _2/8/2022_

_[signature]_
Attorney's signature

_Samson Enzer_
Printed name and bar number

_Cahill Gordon & Reindel LLP_
_32 Old Slip, NY, NY_
Address

_SEnzer@cahill.com_
E-mail address

_212-701-3125_
Telephone number

_____
FAX number